UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant John Doe subscriber assigned IP address 24.191.192.51

| | |
|---|---|
| **MALIBU MEDIA, LLC**, | Hon. Tonianne J. Bongiovanni, U.S.D.J. |
| *Plaintiff,* | Case No. 3:18-cv-14330-AET-TJB |
| vs. | <u>CIVIL ACTION</u> |
| **JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.191.192.51**, | **CERTIFICATION OF SERVICE** |
| *Defendant.* | |

    1.    I, Leslie A. Farber, Esq., counsel for defendant John Doe subscriber assigned IP address 24.191.192.51, hereby certify that on February 11, 2019, I electronically filed this defendant's Reply brief in support of defendant's Motion to Quash, or, in the alternative to Proceed Anonymously and for a Protective Order in the above captioned matter, pursuant to Rules 45, 5.2(e) and/or 26(c) of the Federal Rules of Civil Procedure, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

        PATRICK J. CERILLO, ESQ.
        4 Walter Foran Boulevard, Suite 402
        Flemington, NJ 08822
        email: pjcerillolaw@comcast.net
        Attorney for Plaintiff

    2.    On February 11, 2019, I also sent a courtesy copy of the above documents to the Hon. Tonianne J. Bongiovanni, U.S.D.J., United States District Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, via regular mail.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 11, 2019

/s/ Leslie A. Farber
Leslie A. Farber
eMail:  LFarber@LFarberLaw.com